IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM NEWKIRK,

    Plaintiff,

v.                                                      CASE NO. 4:12cv559-RH/CAS

THE FLORIDA PAROLE
COMMISSION, and SEAN P. MURPHY,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on January 28, 2013.

                                      s/Robert L. Hinkle
                                      United States District Judge